**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Jerry Valdez v. Bruce Robertson

Appellate case number:   01-14-00563-CV

Trial court case number:  2008-PC-3026

Trial court:                     Probate Court No. 1 of Bexar County

      Appellant, Jerry Valdez, has appealed from a trial court order dismissing his application to probate the last will and testament of Martha Jane Valdez. The reporter's record was filed in this appeal on August 27, 2014. The clerk's record was filed on September 17, 2014. Appellant filed his brief on September 16, 2014, before the clerk's record was filed with this Court.

      On September 25, 2014, we ordered appellant to file an amended brief containing all necessary references to the appellate record filed in this Court and conforming to Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1(i), (k). On December 4, 2014, the Clerk of this Court notified appellant that the time for filing an amended brief had expired and directing appellant to file a brief, with a motion for an extension of time, or a motion for an extension of time no later than December 14, 2014. Appellant has not filed an amended brief, a motion for extension of time to file an amended brief, or otherwise responded to this Court's order or notice.

      **Accordingly, we strike appellant's brief filed on September 16, 2014, and order appellant to file a brief that contains all necessary references to the appellate record filed in this Court no later than 20 days from the date of this order.** *See* **TEX. R. APP. P. 38.1(i), (k), 38.9(a). No extensions will be granted.** Because appellant has had sufficient time to file an amended brief, if he fails to file a brief that conforms with Rule 38.1 as ordered, the appeal may be dismissed for want or prosecution or failure to comply with a requirement of the rules of appellate procedure or an order of this Court. *See* TEX. R. APP. P. 38.8(a), 38.9, 42.3(b)(c).

      It is so ORDERED.

Judge's signature:  /s/ <u>Terry Jennings</u>
             ☑ Acting individually

Date:  March 10, 2015